# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-CR-3008-LAB |
| Plaintiff, | **ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE** |
| v. | |
| **CESAR ADRIAN GOMEZ**, | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the supervised release conditions be modified to allow Mr. Gomez serve the six month period in a Residential Reentry Center in either Brawley or El Centro, California.

DATED: December 21, 2017

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge